UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

     -against-                                           12-cr-00050 (CBA)
                                                             **NOTICE OF APPEARANCE**

JAMES LAFORTE,  *et al.*
                        Defendant.
-------------------------------------------------------X

TO:    **CLERK OF COURT E.D.N.Y.**

      PLEASE TAKE NOTICE that Bruce Cutler hereby notes his appearance as retained counsel on behalf of JAMES LAFORTE in the above captioned matter.

Dated: New York, New York
          February 11, 2012

                                                          **_____/s/ Bruce Cutler, Esq._____**
                                                          Bruce Cutler, Esq.
                                                          Cutler & Parlatore, PLLC
                                                          260 Madison Avenue, 22nd Floor
                                                          New York, New York 10016
                                                          Ph (212) 679-6669
                                                          Fax (212) 202-4787