UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

       -against-                                    12-cr-00050 (CBA)
                                                        **NOTICE OF APPEARANCE**

JAMES LAFORTE, *et al.*
                Defendant.
------------------------------------------------------X

TO:    **CLERK OF COURT E.D.N.Y.**

PLEASE TAKE NOTICE that Natasha D. Marosi hereby notes her appearance as retained counsel on behalf of JAMES LAFORTE in the above captioned matter.

Dated: New York, New York
           February 28, 2012

                                                                   **/s/ Natasha D. Marosi, Esq.**
                                                                   Natasha D. Marosi, Esq.
                                                                   Cutler & Parlatore, PLLC
                                                                   260 Madison Avenue, 22nd Floor
                                                                   New York, New York 10016
                                                                   Ph (212) 679-6669
                                                                   Fax (212) 202-4787
                                                                   Natasha@CutlerandParlatore.com