## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** ___Steven M. Gold___    **DATE :** ___5/29/12___

DOCKET NUMBER: ___12CR50(CBA)___    LOG # : ___2:26 – 2:35___

DEFENDANT'S NAME : ___James Laforte Jr.___
  ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL : ___Timothy Parlatore___
  ___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A: ___Jack Dennehy___    DEPUTY CLERK : ___Felix Chin___

INTERPRETER : _____ (Language) _____

___Detention___ Hearing held. _____ Hearing adjourned to_____

___ Defendant was released on_____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type_____   Start_____   Stop_____

___ Defendant's first appearance.   ___Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS : ___Court denied application.___