MEMORANDUM TO
THE HONORABLE CAROL B. AMON
Chief United States District Judge

RE: James Laforte
DOCKET #: 12-CR-50
FOR SENTENCE: July 25, 2012

## REQUEST FOR ADJOURNMENT

On April 4, 2012, the defendant pled guilty to a count charging illegal gambling. At that time, the Court ordered that a presentence report be prepared, and the presentence investigation was assigned to the undersigned probation officer.

The undersigned officer was out of the office for training and leave from May 21 to June 9, 2012. As a result, the Probation Department respectfully requests a short adjournment to provide sufficient time for the completion of the investigation into the defendant's personal history and the completion and incorporation of the offense conduct section, which is being completed by another officer, into the presentence report. As such, the Probation Department respectfully requests an adjournment of sentencing to a date no earlier than August 22, 2012. This will provide the Probation Department enough time to complete the presentence investigation and report and provide the parties with enough time to review the PSR and file objections, in accordance with the Court's requirements. Both the Government and defense counsel have no objection to such an adjournment.

✓ Request granted. New sentence date is August 17, 2012, at 1:30.

___ Request granted. New Sentence date is _____.

___ Request denied.

Comments: PSI report disclosure 7/20/12; dft's submission 8/3/12; govt's response 8/10/12.

s/CBA
_____                               6/14/12
The Honorable Carol B. Amon                        Date
Chief United States District Judge

Respectfully submitted,

Eileen Kelly
Chief U.S. Probation Officer

Prepared By:
_____
Michael Dorra
Senior U.S. Probation Officer
347-534-3728

Date: June 14, 2012

cc:   Jack Dennehy, Esq. (AUSA) (by email)
      Tim Parlatore, Esq. (Defense Attorney) (by email)